```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )  NO. CR-07-2013-EFS
               Plaintiff,      )
                               )  ORDER ON ARRAIGNMENT,
     v.                        )  ORDER SETTING CONDITIONS
                               )  OF RELEASE (Ct. Rec. 6) AND
                               )  ORDER QUASHING WARRANT
MICHAEL L. THOMPSON,           )  (Ct. Rec. 10)
                               )
               Defendant.      )
_____)
```

On March 1, 2007, this court held an arraignment. The government was represented by Jane Kirk, Esq., and defendant was present with assisting counsel Rebecca Pennell, Esq.

The defendant was **advised** of his rights, acknowledged that he understood those rights. The defendant acknowledged receipt of a copy of the indictment, **waived** reading of the same in open court, and further acknowledged he understood the charges filed against him and the maximum penalties that could be imposed. Defendant signed an acknowledgment of rights.  Defendant executed a financial affidavit and requested court appointed counsel.  The Federal Public Defender's Office was appointed to represent him in this matter.

The court accepted defendant's plea of not guilty.

The defendant self surrendered today and assured the court that he would appear at all future proceedings.

The Court heard argument from counsel regarding detention.

The government withdrew the motion for detention hearing. **(Ct. Rec. 6)**

The government **orally** moved to quash the warrant.  The Court granted the government's motion to quash. **(Ct. Rec. 10)**

ORDER ON ARRAIGNMENT AND
ON PERSONAL RECOGNIZANCE - 1

**IT IS ORDERED:**

That the defendant on his plea of not guilty, is bound over for trial before a District Court Judge.

The United States Probation Office shall prepare a pretrial services report.

**IT IS FURTHER ORDERED:**

That the defendant is released subject to the following conditions:

1. The Defendant shall immediately vacate his current residence.

2. The defendant shall immediately relocate to his new address.

3. The defendant shall provide his new residence information to U.S. Probation Officer Jim Moon. U.S. Probation shall verify the Defendant's new residence information.

4. The defendant shall sign and complete form A.O. 199C before being released.

5. The defendant shall refrain from contact with the victim in this matter, either directly or indirectly.

6. The defendant is restricted to either being at work or to home confinement at his new address.

7. The defendant is required to appear before this court on **Monday, March 5, 2007 at 9:00 a.m.** to verify that he has relocated to his new residence. At Monday's hearing, the Court shall review this matter and assess further conditions if necessary.

DATED this 1st day of March, 2007.

s/MICHAEL W. LEAVITT
United States Magistrate Judge

ORDER ON ARRAIGNMENT AND
ON PERSONAL RECOGNIZANCE - 2